

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00746-CV

**IN RE** John (Jack) **PALAU**

Original Mandamus Proceeding[1]

### ORDER

On October 23, 2019, relator filed a petition for writ of prohibition. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 6, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 19-144, styled *Act Investments, Inc.; et al v. John (Jack) Palau; et al.*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.